

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2018

**BY ECF AND EMAIL**
The Honorable G. Paul Gardephe
United States District Judge
Southern District of New York
New York, New York 10007

**Re: United States v. Ines Sanchez, a/k/a "Meth"**
S1 16 Cr. 281 (PGG)

Dear Judge Gardephe:

In advance of the sentencing of defendant Ines Sanchez, the Government has enclosed copies of two newspaper articles and a document from the New York State Department of Corrections concerning the defendant's 2002 robbery convictions.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Jared Lenow___
Jared Lenow
Christopher Clore
Assistant United States Attorneys
(212) 637-1068

Cc: Alan M. Nelson, Esq. (by email)

Stay on the pulse of entertainment, sports and more with our **FREE PHOTO GALLERIES**.

# WIDOW RIPS BRONX DA Wants murder rap in deadly robbery

BY **CHRISENA COLEMAN**

NEW YORK DAILY NEWS Thursday, November 14, 2002, 12:00 AM

The widow of a Bronx liquor store worker - who died after being punched during a robbery - blasted prosecutors yesterday for not charging her husband's accused attacker with murder. "My husband was murdered," Jing Rong Wang said outside a Bronx Supreme Court room, where the men accused of robbing the store were arraigned. "If he was not punched, he would not have died," she added. "You must prosecute people who kill.

" Authorities said Hasani Best, 25, punched Li Qiang Shu in the head Oct. 12 as the 56-year-old Chinese immigrant was working in the Liyau Trading Liquor Store on Cypress Ave. Shu fell and hit his head on the floor. He lapsed into a coma and died four days later at Lincoln Hospital. The city medical examiner ruled Shu's death a homicide, but yesterday Best pleaded not guilty to third-degree assault charges. 'I want justice' It was an emotional day for Shu's widow and 18-year-old son, Ruida (Ray) Shu, who carried a large black-and-white framed picture of his father. At one point, Wang was so overcome with grief that she fainted in a courthouse hallway. "These people took my father away from me," said Ray Shu. "This is an injustice . . . now, I want justice.

" In a statement, Bronx District Attorney Robert Johnson said there was not enough evidence to charge Best or co-defendants Jason Quinones, 20, and Inez Sanchez, 22, with murder. "Like everyone else, we are saddened and appalled by the death of Li Qiang Shu," the statement said. "We intend to prosecute the people who are responsible for this tragic loss of life to the fullest extent that the law allows. "A punch which subsequently results in a person's death did not even rise to the level of criminally negligent homicide," Johnson added. "Our chief of homicide met with the [Shu] family and explained why homicide charges could not be filed.

" Could face 25 years Johnson said the defendants also face robbery and assault charges in another crime the same night. They could face up to 25 years in prison if convicted of all the charges. Don Lee, head of the Chinese Consolidated Benevolent Association, a civic group, angrily dismissed Johnson's explanation and vowed to fight for justice for Shu's family. "The bottom line is these people are getting away with murder," said Lee. "This is about the DA's office not doing their job," he added. "The DA's office is taking the easy way out just to close a case. There is significant evidence for a felony murder case, and there should be no excuses.

"

## Sign up for BREAKING NEWS Emails

Enter your email

Sign Up

privacy policy

© 2016 New York Daily News

The New York Times

ARCHIVES | 2002

# Store Clerk Dies After Attack, but Prosecutors Say It's Not a Murder Case

By **WILLIAM K. RASHBAUM**

Six days a week, Li Qiang Shu worked long hours behind a bullet-proof partition in a liquor store in a crime-ridden section of the Bronx. Conscious of the dangers he faced each day, he passed cash and bottles through a small portal to customers.

But last Saturday, Mr. Li, 56, felt compelled to leave his protective plexiglass enclosure to break up a fight between a man and a woman exchanging blows in the store, at 312 Cypress Avenue in the South Bronx, the police said. As he entered the fray, he was punched in the head by a third person. He fell to the floor, the authorities said, and four days later, died from his injuries at Lincoln Medical and Mental Health Center, having never regained consciousness.

For Mr. Li's family, his death means he will never see his son graduate from an American college, a dream he had cherished since he left Shanghai and his work teaching literature six years ago. And it means he will never see his wife immigrate from China to join him, a dream he had hoped to realize this year.

Yesterday, as Mr. Li's son, a freshman at the University of Connecticut, and other family members tried to arrange an emergency visa so his wife could attend the funeral, they were outraged by another loss, this one seemingly at the hands of the criminal justice system. The authorities said that while his attacker had been arrested, a wrinkle in the law would prevent them from charging him with a crime more serious than misdemeanor assault.

''He's dead. How can it be just assault? It's murder,'' said Mr. Li's nephew, Chi Zhang, 25, who also worked in the liquor store, which is owned by Yau Kam Lam, 43, Mr. Li's cousin. ''You're going to tell me that's not murder?''

3 TICLES REMAINING Subscribe for $1 a week. Limited time offer. SEE MY OPTIONS Subscriber login

The police and prosecutors said yesterday that they, too, were troubled that the law would not uphold more serious charges. But, they said, they could not prove intent, the key element for a more-serious charge.

''We, as average citizens and the police, we view the laws as a means of protecting law-abiding citizens,'' said Deputy Chief Joseph J. Reznick, who oversees detectives in the Bronx. ''However in the this case, it appears to support the opposite.''

Edward Talty, the chief of the homicide bureau in the office of the Bronx district attorney, Robert Johnson, said that to charge murder or a more serious crime, prosecutors would have to prove intent to cause death or serious physical injury, which he said they were unable to do.

Shortly after the attack, the man and woman who the police said fought in the store, Inez Sanchez, 22, and Jason Quiones, 20, and the man who they said punched Mr. Li, Hasani Best, 21, were arrested about two blocks away after they robbed a security guard, officials said.

Mr. Best, of 1515 Macombs Road in the Bronx, was charged with third-degree assault. Ms. Sanchez, of 545 East 144th Street, and Mr. Quinones, of 593 East 141st Street, were charged with petty larceny and third-degree burglary for going into Mr. Li's enclosure after he was hit and stealing several bottles of liquor, the police said.

Yesterday, there was a shrine outside Mr. Li's store, created by regular customers and neighbors. One regular customer, Peter Kane, who said he had known Mr. Li since he came to this country, added a votive candle to about a dozen in the plastic milk crate that served as the makeshift shrine. ''He felt comfortable in this neighborhood because everyone knew him,'' Mr. Kane said. ''But he always would come out and talk to people. I told him many times, 'Don't come out, especially at night.' This place might look friendly, but at night, things change.''

The TimesMachine archive viewer is a subscriber-only feature.

We are continually improving the quality of our text archives. Please send feedback, error reports, and suggestions to archive_feedback@nytimes.com.

A version of this article appears in print on October 19, 2002, on Page B00003 of the National edition with the headline: Store Clerk Dies After Attack, but Prosecutors Say It's Not a Murder Case.

3 ARTICLES REMAINING
**Subscribe for $1 a week.** Limited time offer
SEE MY OPTIONS
Subscriber login
© 2018 The New York Times Company

3
ARTICLES REMAINING
**Subscribe for $1 a week.** Limited time offer.
SEE MY OPTIONS
Subscriber login

```
9:26:06 Friday, September 23, 2016

 09/23/16                 RECEPTION/CLASSIFICATION SYSTEM                  KRCLM30
                             CLASSIFICATION ANALYSIS         SCREEN 2 PAGE  1 OF  1
 NAME SANCHEZ, INEZ                                        DATE RECEIVED 10/08/2003
 DOB [REDACTED]          DIN [REDACTED]        NYSID [REDACTED]        FBI [REDACTED]
                     DESCRIPTION OF PATTERN OF CRIMINAL BEHAVIOR
       ENTERED BY:  H.RATTINER,CC                        DATE:  11 / 04 / 2003
 < PSR AND NYSID REPORT UTILIZED.                                                  >
 < THE INSTANT OFFENSE REPRESENTS INEZ SANCHEZ'S FIRST KNOWN CONTACT WITH THE      >
 < CRIMINAL JUSTICE SYSTEM.  IT IS FOUR FOLD IN NATURE INVOLVING SANCHEZ AGE       >
 < 22 ACTING IN CONCERT, STRIKING THE VICTIM REPEADLEY WITH BOTH FISTS AND A       >
 < CHAIR WHILE TAKING THE VICTIMS PERSONAL PROPERTY FROM HER BOOKBAG.  THE         >
 < VICTIM SUFFERED SUBSTANIAL PAIN AND SUFFERING LACERATION ABOUT THE EAR,         >
 < HEAD AND BODY.  IN THE SECOND INSTANCE SANCHEZ AND HER CO-DEFENDANT STOLE       >
 < PERSONAL PROPERTY FROM ANOTHER VICTIM CAUSING SEVER PERSONAL INJURY TO THE      >
 < VICTIM.  MOTIVE IS FINANCIAL GAIN IN ORDER TO SUPPORT HER DRUG HABIT.           >
 <                                                                                 >
 <                                                                                 >
 <                                                                                 >
 <                                                                                 >
 <                                                                                 >
 <                                                                                 >

 *** INQUIRY ONLY ALLOWED ***
<ENTER> CONTINUE  <PF2> SCREEN 1  <PF3> EXIT(FUNCTION)       <CLEAR> EXIT(SYSTEM)
```